# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of August, two thousand twenty-four,

New York Times Company,

    Plaintiff - Appellee,

v.

Microsoft Corporation,

    Defendant - Appellee,

OpenAI, Inc., OpenAI LP, OpenAI GP, LLC, OpenAI LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC,

    Defendants,

v.

Paul Tremblay, Ta-Nehisi Coates, Andrew Sean Greer, David Henry Hwang, Michael Chabon, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, Jacqueline Woodson, Sarah Silverman, Christopher Golden, Richard Kadrey, Junot Daz,

    Third-Party-Plaintiffs-Appellants.

**ORDER**
Docket No. 24-1021

Counsels for APPELLEES has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 25, 2024 as the brief filing date.

It is HEREBY ORDERED that Appellees' brief must be filed on or before October 25, 2024. If the brief is not filed by that date, the appeal will proceed to a merits panel for

determination forthwith, and Appellees will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe* (signature)